UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

FREDERICK ROZO, individually and on behalf of all others similarly situated,

    Plaintiff

v

PRINCIPAL LIFE INSURANCE COMPANY,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:14-cv-00463-JAJ

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☉ DECISION BY COURT. This action came to before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that Defendant's Motion for Summary Judgment is granted. Judgment is entered in favor of Defendant, Principal Life Insurance Company and against Plaintiff, Frederick Rozo.

Date: September 25, 2018

CLERK, U.S. DISTRICT COURT

/s/ Brian Phillips
_____
By: Deputy Clerk