IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FREDERICK ROZO, <br><br> Plaintiff, <br><br> vs. <br><br> PRINCIPAL LIFE INSURANCE COMPANY, <br><br> Defendant. | No. 4:14-cv-00463-JAJ <br><br><br> **ORDER** |

At the conclusion of the evidence, counsel requested an opportunity to amend the proposed findings of fact and conclusions of law submitted prior to trial.

Upon the foregoing,

**IT IS ORDERED** that amended findings of fact and conclusions of law shall be filed on or before **December 11, 2020**. The parties shall then have ten days, to and including **December 21, 2020**, to reply to each other's amended proposed findings of fact and conclusions of law.

**DATED** this 24th day of November, 2020.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA