IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FREDERICK ROZO,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | No. 4:14-cv-00463-JAJ<br><br><br>**ORDER** |

The official transcript of the trial held in this matter has been prepared by the court reporter. Pursuant to the Guide to Judiciary Policy § 510.25(a)(1), a certified transcript must be filed with the Clerk of Court not later than three working days after delivery to the requesting party. Here, Principal requested that the official transcript be redacted so that public access is not available for that small portion of the transcript revealing proprietary information or trade secrets.

Upon the foregoing,

**IT IS ORDERED** that the court reporter shall not file the certified transcript until the court has reviewed the defendant's request to redact the publicly available copy.

**DATED** this 2nd day of December, 2020.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA