# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 02, 2022

Mr. Peter K. Stris
STRIS & MAHER
Suite 3850
777 S. Figueroa Street
Los Angeles, CA  90017

     RE:  21-2026  Frederick Rozo v. Principal Life Insurance Co.

Dear Mr. Stris:

     The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                                              Michael E. Gans
                                              Clerk of Court

BNW

Enclosure(s)

cc:    Mr. Mark Bruce Blocker
        Mr.  Clerk, U.S. District Court, Southern Iowa
        Mr. Jed Wolf Glickstein
        Mr. John Barton Goplerud
        Mr. Robert N. Hochman
        Mr. Todd Franklin Jackson
        Mr. Mark T. Johnson
        Mr. James Frederick Jorden
        Mr. Jason H. Kim
        Mr. Paul Lettow
        Ms. Stephanie A. Maloney

Mr. Brian O. Marty
Mr. William Glenn Merten
Mr. Christopher Thomas Micheletti
Ms. Rachana A. Pathak
Ms. Heather Thompson Rankie
Ms. Nancy G. Ross
Mr. Todd M. Schneider
Mr. Michael Anthony Scodro
Mr. John Stokes
Ms. Nina Rachel Wasow
Ms. Angel A. West
Ms. Caroline A. Wong
Mr. Garrett W. Wotkyns

   District Court/Agency Case Number(s):   4:14-cv-00463-JAJ